IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

|  |  |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TDATA, INC., an Ohio corporation,<br><br>Defendant. | )  Case No. C2-03-264<br>)  Case No. C2-04-1072<br>)<br>)  Judge Gregory L. Frost<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CONSOLIDATED WITH | )<br>)<br>) |
| TDATA, INC., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIRCRAFT TECHNICAL PUBLISHERS,<br>a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] FINAL PRETRIAL ORDER**

This action came before the Court at a final pretrial conference held on May 22,

2008 at 12:00 p.m. pursuant to Rule 16 FRCP.

I.    **APPEARANCE**

For Plaintiff: Jack Russo

For Defendant: Roy A. Hulme

Alan B. Parker

D. Wesley Newhouse

II.    **NATURE OF ACTION AND JURISDICTION**:

A.     This is an action for patent infringement, trademark infringement and

unfair competition (Lanham Act). The patent infringement aspect of this case has been

stayed pending re-examination of the patents-in-suit by the United States Patent and

Trademark Office. The Court has already ruled that under the Lanham Act Tdata, Inc.

("Tdata" or "Defendant" herein) is liable for trademark infringement and unfair

competition, such that trial in this action is as to damages only.

B.     The jurisdiction of the Court is invoked under 28 U.S.C Sections 1331

and 1338, and Title 15, United States Code, Section 1121.

C.     The jurisdiction of the Court is not disputed.

III.   **TRIAL INFORMATION**:

A.     The estimated length of trial is ~~two (2) to three (3)~~ *eight (8) to ten (10)* days.

B.     A jury trial has been set for July 7, 2008, 9:00 a.m., pursuant to the

General Order on trial assignment.

IV.    **AGREED STATEMENTS AND LISTS**:

A.     General Nature of the Claims of the Parties;

        1.     Plaintiff claims:

                a.     Compensatory damages as follows:

                        (i)     If damages are measured by Tdata's gains,

compensatory damages are in a range (as affected by the non-infringing growth rate

2

that is applied) of no less than $4,958,073 to $7,263,840, including pre-judgment interest;

        (ii)     If damages are measured by a reasonable royalty approach, then damages are in a range (affected by the royalty rate that is applied) of no less than $3,902,671 to $8,310,291, including pre-judgment interest;

        (iii)    If damages are measured by ATP's lost profits, then damages are in a range (as affected by the non-infringing growth rate that is applied) of no less than $6,155,817 to $10,001,745.

        b.     Treble damages, based upon Tdata's willful infringement in an amount needed to deter Tdata from such conduct in the future;

        c.     Attorneys' fees incurred in connection with its trademark infringement and unfair competition claims.

    2.    Defendant claims:

        a.     ATP cannot prove that any sales were lost to Tdata due to the trademark misuse. If – despite that failure of proof – damages are to be awarded, the damages appropriate under the Lanham Act would total less than $79,000.00. *$150,000*.

        b.     Treble damages are not appropriate in connection with the trademark infringement and unfair competition claims.

        c.     Attorney fees are not appropriate in connection with the trademark infringement and unfair competition claims.

        d.     Royalty rates – while a necessary consideration to determining patent damages – are not a necessary or reasonable consideration in connection with the trademark infringement and unfair competition claims.

B.      Uncontroverted Facts;

The following facts are established by admissions in the pleadings or discovery or by stipulation of counsel:

1.      It has been previously established that Tdata infringed one or more of ATP's registered trademarks and unfairly competed with ATP in connection with the use of one or more ATP registered trademarks by using the same as "metatags" in the code for one or more Tdata websites.

2.      ATP is a California corporation with its principal offices in Brisbane, California. ATP is in the business of developing, marketing, and selling solutions to the numerous research and regulatory challenges faced by aircraft maintenance professionals. Specifically, ATP compiles technical information from a widely dispersed set of sources, summarizes and indexes this information, and then distributes it in processed form to subscribers.

3.      Tdata is an Ohio corporation with principal offices in Powell, Ohio. Tdata is in the business of aggregating and organizing complex technical information related to aircraft maintenance and repair, and disseminating this information to subscribers through a software interface.

4.      ATP holds current United States trademark registrations in three marks: (i) U.S. Registration No. 1,617,116 (for the text mark "ATP®") issued to ATP on October 9, 1990, (ii) U.S. Registration No. 1,855,117 (for the text mark "ATP Navigator®") issued to ATP on September 20, 1994, and U.S. Registration No. 2,298,462 (for the text mark

"ATP Maintenance Director®") issued to ATP on December 7, 1999 (hereinafter the "ATP Trademarks").

     C.    Issues of Fact and Law;

     1. Contested Issues of Fact:  The contested issues of fact remaining for decision are:

     a.    the amount of damages caused by Tdata's willful trademark infringement and unfair competition.

     b.    the amount of improper gains, if any, made by Tdata in connection with its willful trademark infringement and unfair competition, and the proper rate of non-infringing growth to be applied for Tdata's products.

     c.    the amount of lost profits, if any, ATP suffered due to Tdata's willful trademark infringement and unfair competition, and the proper rate of non-infringing growth to be applied for Tdata's products.

     d.    the amount of damages, if any, ATP suffered if damages are measured by a reasonable royalty approach, and the proper royalty rate to be applied.

     e.    the degree to which the proper measure of damages should be affected by any of the following disputed facts:

     (i) ATP and Tdata are direct competitors.

     (ii) Tdata used one or more of the ATP trademarks as a metatag during the period of at least December, 1997 through June of 2004.

     (iii) On or about April 14, 1994, ATP brought suit against Tdata and its President, James Thomas, in the Northern District of California for

copyright infringement, false advertising, unfair competition, and civil conspiracy. Case No. C94-1253 SBA.

(iv) On or about May 20, 1994, pursuant to the parties request and stipulation, and in order to settle the matter, the Northern District of California entered a Stipulated Permanent Injunction against Tdata for copyright infringement.

(v) The permanent injunction entered by the Northern District of California continues to be in effect and to bind Tdata.

2. Contested Issues of Law: The contested issues of law in addition to those implicit in the foregoing issues of fact are:

a. Whether ATP is entitled to damages.

b. Whether ATP is entitled to treble damages.

c. Whether ATP is entitled to its attorneys' fees.

d. Whether the Court has already ruled that Tdata's trademark infringement and unfair competition was willful.

D. Witnesses;

1. In the absence of reasonable notice to opposing counsel to the contrary, ATP will call, or will have available at the trial:

a. Marc Vianello

b. Caroline Daniels

c. Michael Sandifer

d. James Thomas

e. Andrew Thomas

f.    ATP reserves the right to call any witness listed or called by Tdata.

g.    ATP reserves the right to call any witness necessary to establish an evidentiary foundation.

2.    In the absence of reasonable notice to opposing counsel to the contrary, Defendant will call, or will have available at the trial:

a.    James Thomas

b.    Andrew Thomas

c.    David Toomey

d.    Laura Thieme

e.    Albert A. Vondra

f.    Jodi Thomas

g.    Donna Bricker

h.    Jackie Call

i.    Tdata reserves the right to call any witness listed or called by ATP.

j.    Tdata reserves the right to call any witness necessary to establish an evidentiary foundation.

3.    In the event other witnesses are to be called at the trial, a statement of their names and addresses and the general subject matter of their testimony will be served upon opposing counsel and filed with the Court at least five (5) days prior to trial.

4.     There is reserved to each of the parties the right to call such rebuttal witnesses as may be necessary, without prior notice thereof to the other party.

Expert Witnesses:

Parties are limited to the number of expert witnesses whose names have been disclosed to the other side, subject to any motions challenging such persons before trial:

ATP:  Marc Vianello

Tdata: Albert Vondra

Laura Thieme (contested, subject to motion in limine by ATP)

For expediency at trial, counsel will prepare a resume of each expert's qualifications in accordance with Appendix A herein.

F.     Exhibits:

Needless Court time is taken up in the marking of exhibits during trial. Accordingly, the exhibit list should be prepared prior to the trial and set forth in the pretrial order.  Exhibit markers should be attached to all exhibits at the time they are shown to opposing counsel during preparation of the pretrial order.  A supply of exhibit stickers may be obtained from the Courtroom Deputy Clerk.  They should be attached to the upper right-hand corner whenever possible.

Except for good cause shown, the Court will not permit the introduction of any exhibits unless they have been listed in the pre-trial order, with the exception of exhibits to be used solely for the purpose of impeachment.

ATP shall mark its exhibits as P-1 *etc.*  Tdata shall mark its exhibits as D-*X*, *etc.*

G.     Depositions:

8

At the present time, Plaintiff reserves the right to offer the testimony of any or all of the following witnesses by deposition:

| | |
|---|---|
| James Thomas: Aug. 23, 2005 | pp. 6, 21-26, 32-33, 39, 41-49, 65-69 |
| | 75-76, 101-102, 111-112, 116, 142-143, |
| | 169-171, 178, 192, 203-04, 278, 282-284, |
| | 295-296, 324, 339, 345-346, 367, 376 |
| Nov. 4, 2005 | pp. 60-61, 73 and 92-93 |
| Andrew Thomas: Aug. 25, 2005 | pp. 12-13, 72-105, 131-132, 140, 144-172, |
| | 190-191, 207-208, 214-216, 218-220 |
| Nov. 4, 2005 | pp. 9-13 and 33 |
| David Myers: Nov. 3, 2005 | pp. 58-59 |
| Jeffrey Bellar: Nov. 1, 2005 | pp. 7, 45-46 |
| Terry VanDorn: Nov. 1, 2005 | pp. 21-22 |
| Paul Tursic: Nov. 3, 2005 | pp. 25-26, 33-39 and 72-74 |
| David Toomey: Nov. 2, 2005 | pp. 8-10, 18-30, 59-61, 76 and 81-82 |
| Robert Maroldy: Nov. 2, 2005 | pp. 11, 34, 38-39 and 44 |
| Donna Bricker: Nov. 2, 2005 | pp. 30-33, 44-45, 75-85 and 99-104 |
| Tdata, thorough its Rule 30(b)(6) | |
| witness, James Thomas: | |
| Aug. 25, 2005 | pp. 12-14, 24-25, 27-29, 57-59, 69-71, |
| | 108-111, 135-141, 147-157, 165-167, |
| | 170-177 and 179-193 |

At the present time, Tdata objects to ATP's use of deposition testimony of Tdata witnesses unless the appropriate evidentiary foundation for such use is established at the time of trial. Tdata reserves the right to offer the deposition testimony of any ATP employee at trial, subject to compliance with the necessary evidentiary foundation. ATP objects to this unparticularized recitation of deposition testimony by Tdata and requests that the Court bar any deposition testimony by Tdata except for impeachment purposes only.

H.     Discovery:

Discovery shall have been completed as of the Final Pre-Trial Conference on May 22, 2008.

V.    **MODIFICATION**

This final pretrial order may be modified at the trial of this action, or prior thereto, to prevent manifest injustice. Such modification may be made by application of counsel or on motion of the Court.

VI.    **JURY INSTRUCTIONS**

The parties shall confer in advance of the final pretrial conference and agree upon proposed jury instructions which shall be delivered to the Court seven (7) days before the trial date. If the parties are unable to agree on how the jury should be instructed as to any issue, they shall each submit their proposed instructions on any such issue(s). There is reserved to counsel the right to submit supplemental requests for instructions during the trial or at the conclusion of evidence on matters that cannot be reasonably anticipated. All proposed jury instructions shall be submitted in hard copy

and on a 3.5" diskette or in a format compatible with WordPerfect for Windows version 6.1 or later.

## VII. **SETTLEMENT EFFORTS**

The parties have made a good faith effort to negotiate a settlement, but to no avail.

GREGORY L. FROST
United States District Judge

## APPENDIX A

### Qualifications of Expert Witness Marc Vianello

The following is intended to qualify your witness as an expert. It will be read to the jury in the form given. The Court will reserve the right to remove extraneous or repetitious material.

Name:          Marc Vianello, CPA/ABV

Address:       (o)     6299 Nall Avenue, Suite 210, Mission, Kansas 66202
               (h)     5209 W. 83rd Terrace, Prairie Village, Kansas 66207

Present Title: Managing Member of Vianello Forensic Consulting, LLC
               Publisher of The Judicial View, LLC (www.judicialview.com)

Education and Degrees:      Bachelor of Science in Business Administration, Cum
                           Laude University of Missouri – Columbia (1975)

Teaching Experience:
- Federal Deposit Insurance Corporation (FDIC) – Seminar conducted for the FDIC's field auditors regarding fraud and misrepresentations by bank borrowers.
- Financial Consulting Group – Seminar on discounts for lack of marketability in business valuations. Seminar on business valuation adjustments for current market conditions.

Professional Experience:
Mr. Vianello has 33 years of diversified experience as a CPA. He is licensed in the states of Kansas, Missouri, Nebraska, Iowa, North Carolina, and Florida, and in the District of Columbia. He has been recognized as an expert in accounting, finance, forensics, business valuation, and bankruptcy matters in many Federal and state

12

jurisdictions. Mr. Vianello was appointed by the Circuit Court of Jackson County, Missouri, to perform an investigative audit of an insurance receivership that resulted in the removal of the receiver. Mr. Vianello has been appointed by the District Court of Johnson County, Kansas, to prepare business valuations. Mr. Vianello has been employed by the following CPA firms –

- Arthur Andersen & Co., 1975-1980. Mr. Vianello provided audit, tax, and rate-consulting services as a CPA primarily to regulated public utilities industries.
- Grant Thornton, 1990-1993. Mr. Vianello provided bankruptcy, litigation, and valuation consulting services as a CPA to a broad cross section of industries. While a Grant Thornton, Mr. Vianello was a financial advisor to the Resolution Trust Company, which was the government entity dealing with the savings and loan industry crisis in the early 1990s.
- Baird, Kurtz & Dobson (now BKD), 1994-1997. Mr. Vianello provided bankruptcy, litigation, and valuation consulting services as a CPA to a broad cross section of industries.
- Vianello & Leonard, LLC, 1997-2007. Mr. Vianello provided bankruptcy, litigation, and valuation consulting services as a CPA to a broad cross section of industries.
- Vianello Forensic Consulting, LLC, 2007-present. Mr. Vianello continues to provide bankruptcy, litigation, and valuation consulting services as a CPA to a broad cross section of industries.

Entrepreneurial Experience:

- REMCO Securities Company, Inc. (president), 1982-1986, and REMCO Energy Corporation (vice president and Chief Financial Officer), 1982-present. REMCO Securities Company was a securities brokerage firm operating nationally from several locations. REMCO Securities was licensed by the NASD. Mr. Vianello was the licensed principal responsible for all brokerage activities. REMCO Energy Corporation is a licensed oil and gas exploration and production company that has explored for and produced

substantial quantities of oil from wells primarily located in Kansas and California. Mr. Vianello is now the sole owner and president of REMCO Energy Corporation.

- *The Kansas City Health Care Times, Inc.*, 1991-1993. Mr. Vianello was the founder and president of this weekly publication for the Kansas City regional health care industry.

- Pellestrina Farms, LLC and Pellestrina Dairy, LLC, 2001 to present. Mr. Vianello is the owner of this working farm that grows crops and maintains a dairy herd of about 100 milk cows.

- *The Judicial View, LLC*, 2007-present. Mr. Vianello is the founder, owner, and publisher of this online journal read by over 100,000 attorneys internationally. Its web address is www.judicialview.com.

- Mr. Vianello also has extensive real estate experience as an owner and developer.

Associations and Societies:

- American Institute of Certified Public Accountants
- Missouri Society of Certified Public Accountants
- Kansas Society of Certified Public Accountants
- Former panelist of the American Arbitration Association

Publications:

Mr. Vianello is the author of an article entitled "New Insight into Calculating Discounts for Lack of Marketability", which has been published in several professional journals.

## APPENDIX A

### Qualifications of Expert Witness Albert Vondra

The following is intended to qualify your witness as an expert. It will be read to the jury in the form given. The Court will reserve the right to remove extraneous or repetitious material.

| | |
|---|---|
| Name: | Al Vondra |
| Address: | 200 Public Square, 18th Floor, Cleveland, Ohio 44114-2301 |
| Present Title: | Partner in Charge of Advisory Services at PricewaterhouseCoopers, LLP |
| Duties: | Mr. Vondra has over 26 years with PricewaterhouseCoopers in public accounting including international experience. He currently leads the Advisory Practice in the Cleveland office. |
| | Mr. Vondra has served as an advisor or an independent expert witness in over 250 business disputes and testified in over 50 proceedings. He authored the Price Waterhouse national guidelines and firm policies on conducting arbitrations involving complex accounting and business valuation matters in merger and acquisition disputes. |
| | He has a broad business background in directing corporate investigations, audit/review engagements, damage analyses, internal control reviews, construction audits, business turnaround projects, quality assurance reviews of internal audit departments, acquisition and merger reviews, business valuations and dispute analysis projects. He has extensive business advisory experience on financial, accounting and disclosure matters. |
| | Mr. Vondra also provides all audit, tax and business advisory services for public, private, and not-for-profit companies in a variety of industries including automotive, public utilities and construction, high technology, financial institutions, manufacturing, law firm services, health care and real estate. |
| Education and Degrees: | Al Vondra received his Juris Doctorate from Cleveland Marshall College of Law and his Bachelor of Business Administration from Cleveland State University. In addition, he is a Certified Public Accountant (CPA), |

in the State of Ohio and a     Certified    Fraud    Examiner (CFE).

Job Experience:     Mr. Vonda has worked at PricewaterhouseCoopers LLP, for the past 26 years. He is currently a partner of the Dispute Analysis & Investigative Services Section. He began his career at PwC in 1979 and has worked in various groups and offices such as: The Audit and Business Services Group in Cleveland, Cincinnati and Dayton and the National Office Accounting Services in New York in 1990. Mr. Vondra completed an international assignment in Athens, Greece between 1984 and 1986. Prior to joining PwC, he worked at Republic Steel Corporation from 1977 to 1978.

Associations and Societies:     American Institute of Certified Public Accountants
Ohio Society of Certified Public Accountants
Panel of Arbitrators, American Arbitration Association (1991-1995)
Institute of Management Accountants
Cleveland and Cuyahoga Bar Associations
American and Federal Bar Associations
Editorial Advisory Board, The Ohio CPA Journal (1986-2002)
Professional Ethics Committee, Dayton Bar Assn. (1992-1993)

Publications:     As an author of articles on accounting and auditing in dispute analysis, Al Vondra has been published in business and professional journals such as The Harvard Business Review, Global Finance 2000, The Handbook of Strategy and Organization, Journal of Accountancy, Financial Executive, Ohio CPA Journal, New York CPA Journal, and Corporate Legal Times.    Mr. Vondra's publications include: "*Intellectual Property, The Unrecorded Asset*"; "*Adding it Up: The Use of Financial Experts in Litigation*"; "*Alternative Dispute Resolution: Why It Doesn't Work and Why It Does*".

Honors:     Duke University, Recipient of Newton D. Becker, Academic Scholarship for Accounting Excellence
University of Virginia, Darden Executive Program
Fuqua Executive Program

Other Pertinent Information:     Mr. Al Vondra has analyzed alleged financial damages and served as an expert witness in over 34 intellectual property cases. He has served as an advisor or independent expert witness in over 250 business

disputes involving money damages. He has worked with all major lawfirms in Ohio and numerous firms throughout the United States on matters involving complex financial and economic damages.

## APPENDIX A

### Qualifications of Expert Witness Laura Thieme

The following is intended to qualify your witness as an expert. It will be read to the jury in the form given. The Court will reserve the right to remove extraneous or repetitious material.

Name:          Laura Thieme

Address:       500 W. Wilson Bridge, Suite 314, Worthington, Ohio 43085

Present Title: President, Bizresearch

Duties:        As President and Founder of Bizresearch, Ms. Thieme oversees a company that provides full-service search engine marketing services including website traffic analysis for retailers, law firms and Fortune 500 companies throughout the United States, the United Kingdom and Canada.

               Bizresearch specializes in providing its clients with the ability to track all incoming traffic and resulting sales utilizing the industry's leading analytical tools to determine if the cost of web-based advertising is appropriate for the client's industry, customers and market.

Education and Degrees:  Ms. Thieme holds a Bachelor of Arts degree from The Ohio State University, which was awarded in 1993.

Teaching Experience:  Ms. Thieme teaches principles of electronic marketing at the Ohio State University's Fisher College of Business.

               She has developed on-line courses for the Search Engine Marketing Professional Organization.

               She has presented at a number of professional Search Engine Strategies (SES) Conferences in the United States, Canada and Europe on topics including, "Measuring Success," "Marketing Database-Driven Websites," "Shopping Search Engines," and "Tracking Returns on Investment on Page Search."

               She has, also, taught professional sessions on Search Engine Marketing for the Digital Marketing Associates (DMA.net).

Job Experience:  For over the past 10 years, Ms. Thieme has been President of Bizresearch which she founded in 1997. Previously she was

employed with American Electric Power, and with the US Agency for International Development (USAID)/Deloitte & Touche, a project on Ukraine investment policy.

Publications:  Ms. Thieme's publications include "*Managing Search Marketing Campaigns*," "*Optimizing Keywords for Search Engines*," and "*Tracking and Measuring Search Engine Marketing Success.*"

## APPENDIX B

### Joint Exhibits of Plaintiff and Defendant

| Designation | Description | AD | ID | PROF |
|---|---|---|---|---|
| | | | | |
| | | | | |

## APPENDIX C
## Exhibits of ATP

| Designation | Description | AD | ID | PROF |
|---|---|---|---|---|
| 1 | Court's Order granting summary judgment to ATP for willful trademark infringement and unfair competition and denying Tdata's motion re same (Docket No. 191) | | | |
| 2 | Certified copy of United States trademark registration for the "ATP" mark | | | |
| 3 | Final Expert Report of Marc Vianello | | | |
| 4 | Tdata's Answers to ATP's Second Set of Interrogatories | | | |
| 5 | Tdata's Responses to ATP's Third Set of Interrogatories | | | |
| 6 | Tdata's Supplemental Responses to ATP's First Set of Requests for Admission | | | |
| 7 | Tdata's Supplemental Responses to ATP's Second Set of Discovery | | | |
| 8 | Court's Order Striking Thieme Declaration (Docket No. 188) | | | |
| 9 | Responses by Tdata to ATP's Third Set of Requests for Admission | | | |
| 10 | Answers by Tdata to ATP's Fifth Set of Interrogatories | | | |
| 11 | Deposition Transcript of James Thomas w Marc Vianello notes | | | |
| 12 | Deposition Transcript of Andrew Thomas w Marc Vianello notes | | | |
| 13 | Deposition Transcript of Tdata Rule 30(b)(6) witness w Marc Vianello notes | | | |
| 14 | Exhs. 12-15 to Tdata Rule 30(b)(6) witness | | | |
| 15 | ATP licensing agreement w International Civil Aviation Organization | | | |
| 16 | ATP Microfiche Agreement with Gulfstream Aerospace Corp. | | | |
| 17 | ATP CD-ROM Product and Production License Agreement with Textron Lycoming, w cover letter | | | |
| 18 | ATP Licensing Agreement w Sabreliner Corp., w cover letter | | | |

| | | | | |
|---|---|---|---|---|
| 19 | ATP Publishing Agreement w Canada | | | |
| 20 | ATP Licensing Agreement w Raytheon Aircraft Co. | | | |
| 21 | ATP Publishing and Distribution Agreement w Hiller Aircraft Corp. | | | |
| 22 | ATP Licensing Agreement w Learjet Inc. | | | |
| 23 | ATP Licensing Agreement w Mitsubishi Heavy Industries America, Inc. | | | |
| 24 | ATP Licensing Agreement w Rockwell International, w cover letter | | | |
| 25 | ATP Licensing Agreement w Turbomecca Engine Corp. | | | |
| 26 | ATP License Agreement w Bell Helicopter Textron, Inc. | | | |
| 27 | ATP Balance Sheets and Statements of Operation 1996-2007 | | | |
| 28 | Yahoo! Industry Search Screen Shots | | | |
| 29 | U.S. Census Bureau NAICS Definition | | | |
| 30 | Memorandum re Pre-Judgment Interest | | | |
| 31 | Database of ATP Trade Shows Attended | | | |
| 32 | ATP Competitive Analyses | | | |
| 33 | ATP 1997-2004 Gross Margins | | | |
| 34 | Misc. email between Marc Vianello and ATP counsel | | | |
| 35 | Ohio Temporary Practice Statute for Accountants | | | |
| 36 | Copies of ATP Trademark/Service Mark Registrations | | | |
| 37 | Marc Vianello Work Product | | | |
| 38 | Misc. ATP Advertisements Regarding ATP Navigator Product | | | |
| 39 | FAA Website Screen Shots | | | |
| 40 | Misc. Tdata IApproach Advertisements | | | |
| 41 | Misc. Tdata MTrax Advertisements | | | |
| 42 | Misc. Summit Aviation Advertisements | | | |
| 43 | Misc. Aviation Computer Media, Inc. Advertisements | | | |
| 44 | Misc. Avantext, Inc. Advertisements | | | |
| 45 | Misc. AV-Data Advertisements | | | |
| 46 | Misc. Tdata IApproach Advertisements | | | |
| 47 | Tdata Product Order Form | | | |
| 48 | Tdata "About IApproach" Screen Shots | | | |
| 49 | Tdata IApproach Regulatory CD-ROM Order Form | | | |

| | | | | |
|---|---|---|---|---|
| 50 | Tdata Order Form | | | |
| 51 | Tdata "About IApproach" Screen Shots | | | |
| 52 | Tdata IAppraoch Regulatory CD-ROM Screen Shots | | | |
| 53 | Tdata IApproach Regulatory CD-Rom Screen Shots | | | |
| 54 | Tdata IApproach Regulatory CD-Rom Screen Shots | | | |
| 55 | Tdata IApproach Regulatory CD-Rom Screen Shots | | | |
| 56 | Tdata IApproach Regulatory CD-Rom Screen Shots | | | |
| 57 | Tdata IApproach Regulatory CD-Rom Screen Shots | | | |
| 58 | Tdata IApproach Regulatory CD-Rom Screen Shots | | | |
| 59 | C.A.L.M. Systems, Inc. Screen Shots | | | |
| 60 | Aeroflight Tech Data CD-Rom Product Information | | | |
| 61 | Summit Aviation Order Form | | | |
| 62 | Summit Aviation Order Form | | | |
| 63 | Summit Aviation Order Form | | | |
| 64 | Summit Aviation Order Form | | | |
| 65 | Summit Aviation Order Form | | | |
| 66 | Summit Aviation Order Form | | | |
| 67 | Summit Aviation Order Form | | | |
| 68 | Summit Aviation Order Form | | | |
| 69 | Summit Aviation Order Form | | | |
| 70 | Summit Aviation Order Form | | | |
| 71 | Summit Aviation Order Form | | | |
| 72 | Summit CD-Rom Order Form | | | |
| 73 | Summit Aviation Secure Online Order Form | | | |
| 74 | Summit Aviation Computerized Aviation Reference Library Order Form | | | |
| 75 | Aviation Computer Media, Inc. Demo Advertisement | | | |
| 76 | Aviation Computer Media, Inc. FAA Regulatory Maintenance Library Advertisement | | | |
| 77 | Aviation Computer Media, Inc. Product Advertisement | | | |
| 78 | Aviation Computer Media, Inc. Product Advertisement | | | |
| 79 | Aviation Computer Media, Inc. Product | | | |

| | | | | |
|---|---|---|---|---|
| | Advertisement | | | |
| 80 | Aviation Computer Media, Inc. Product Advertisement | | | |
| 81 | Aviation Computer Media, Inc. Product Advertisement | | | |
| 82 | Aviation Computer Media, Inc. Product Advertisement | | | |
| 83 | Aviation Computer Media, Inc. Product Advertisement | | | |
| 84 | Avantext Airworthiness Directive CD Advertisement | | | |
| 85 | Avantext Product Order Form | | | |
| 86 | Avantext Product Order Form | | | |
| 87 | Avantext Product Order Form | | | |
| 88 | Avantext Airworthiness Directive CD Library Screen Shots | | | |
| 89 | Avantext AD Deluxe Promotion Advertisement | | | |
| 90 | Avantext Shopping Cart Order Form | | | |
| 91 | Avantext Airworthiness Directives Basic Library Screen Shots | | | |
| 92 | Avantext Airworthiness Directives Basic Library Screen Shots | | | |
| 93 | Tdata's Responses to ATP's First Set of Interrogatories | | | |
| 94 | Declaration of Ansel Halliburton in Support of Plaintiff ATP's Motion for Summary Adjudication Re Liability on Trademark Infringement Claim | | | |
| 95 | Legal Memoranda re Trademark Infringement and Pre-Judgment Interest | | | |
| 96 | Tdata Transaction Detail by Account | | | |
| 97 | Spreadsheet of Tdata1995-2006 Sales Impact BLR Data | | | |
| 98 | Spreadsheet of Tdata 1999-2005 Access Sales Combined Data | | | |
| 99 | Domain Name Whois Record re ATP | | | |
| 100 | NAICS Association Industry Definitions | | | |
| 101 | Memorandum re Price Elasticity of Demand by Paul Koch | | | |
| 102 | ATP Memorandum re E-commerce in General Aviation Industry | | | |
| 103 | Ohio Corporation Franchise Tax Memorandum | | | |
| 104 | Responses by Tdata to ATP's Fifth Set | | | |

| | | | | |
|---|---|---|---|---|
| | of Requests for Production of Documents | | | |
| 105 | Tdata "TAP" Database | | | |
| 106 | Tdata 2000 Advertisements | | | |
| 107 | Tdata 2001 Advertisements | | | |
| 108 | Tdata 2002 Advertisements | | | |
| 109 | Tdata 2003 Advertisements | | | |
| 110 | Tdata 2004 Advertisements | | | |
| 111 | Tdata Identity Guide | | | |
| 112 | Tdata Marketing Proposals | | | |
| 113 | ATP U.S. Regulatory CD and Fiche Sales 1998-2004 | | | |
| 114 | ATP U.S. Regulatory Sales by Item 1998-2004 | | | |
| 115 | ATP Subscriptions—U.S. Regulatory Library 1998-2004 | | | |
| 116 | ATP General Ledger 2000-2005 | | | |
| 117 | ATP Gross Margin 1997-2005 | | | |
| 118 | ATP Excerpt from General Ledger by Transaction 1998-2005 | | | |
| 119 | ATP Customers with Regulatory and Maintenance Libraries 1997-2005 | | | |
| 120 | ATP Subscription History 1997-2005 | | | |
| 121 | ATP Customers with Multiple Libraries 1997-1998 | | | |
| 122 | ATP Customers with Multiple Libraries 1999-2005 | | | |
| 123 | ATP Cost of Sales by Media 1997-2005 | | | |
| 124 | ATP Cancelled/Non-Renewed Subscriptions 1999-2005 | | | |
| 125 | ATP Excerpt of Subscription History w Names 1997 | | | |
| 126 | ATP Excerpt of Retention in Years From SQLTIME | | | |
| 127 | ATP Excerpt of Retention in Years GTS | | | |
| 128 | Misc. Competitive Information w cover letter and email | | | |
| 129 | ATP's Answer and Counterclaim | | | |
| 130 | Tdata's "Answer" to Counterclaim | | | |
| 131 | Tdata First Amended Complaint for Declaratory Judgment, Injunctive Relief and Damages | | | |
| 132 | ATP's First Amended Complaint Against Tdata in the Consolidated Actions | | | |

| | | | | |
|---|---|---|---|---|
| 133 | Tdata's Answer to ATP's First Amended Complaint | | | |
| 134 | ATP's Reply to Counterclaims | | | |
| 135 | ATP's First Amended Reply to Tdata's Counterclaims | | | |
| 136 | Misc. Tdata Advertisements and Direct Mailings | | | |
| 137 | Misc. Records of Tdata Tradeshow Attendance | | | |
| 138 | Tdata Profit and Loss Statements 1997-2004 | | | |
| 139 | Tdata Balance Sheets 1997-2004 | | | |
| 140 | Tdata Tax Returns 1997-2004 | | | |
| 141 | ATP Total Sales Summary by Product Family 2004-2007 | | | |
| 142 | Tdata Excerpts of Profit and Loss and Balance Sheets | | | |
| 143 | Tdata Excerpts of Profit and Loss and Balance Sheets | | | |
| 144 | Tdata Income Statements 1995-2005 | | | |
| 145 | Misc. Tdata Marketing and Advertising Documents and Related Invoices, etc. | | | |
| 146 | Stipulated Permanent Injunction in ATP v. Tdata, Case No. C-94 1253 SBA, Northern District of California | | | |
| 147 | Marc Vianello Surrebuttal Report | | | |
| 148 | Marc Vianello Amended Expert Report | | | |
| 149 | Tdata Sales Database | | | |
| 150 | Tdata Access Database | | | |
| 151 | Tdata Order Backup | | | |
| 152 | Tdata Order Database | | | |
| 153 | ATP Statements of Income, Operation | | | |
| 154 | ATP Gross Margin Database | | | |
| 155 | ATP Balance Sheets | | | |
| 156 | ATP Sales Impact Database | | | |
| 157 | ATP License Agreements | | | |
| 158 | ATP 2006-2007 Financial Data | | | |
| 159 | ATP Sales by Product Family | | | |

## Appendix D
## (Exhibits of Tdata)

| Designation | Description | AD | ID | PROF |
|---|---|---|---|---|
| A | ATP Maintenance Product Competition | | | |
| B | Email re: market conditions | | | |
| C | Email re: "Welcome Home" promotion | | | |
| D | Email re: "Welcome Home" promotion Final Report | | | |
| E | Regulatory Comparison | | | |
| F | Value Scoring | | | |
| G | 1999 Communication Plan | | | |
| H | ATP Market Analysis | | | |
| I | Subscriber Upgrade offer | | | |
| J | Subscriber Upgrade offer – internal document | | | |
| K | Product Plan – Regulatory CD-ROM Products | | | |
| L | Product Plan – IA Professional Library on CD-ROM | | | |
| M | Int'l Civil Aviation Org. + JARs Bundled with U.S. Aviation Reg. Libraries (Competitive Analysis) | | | |
| N | ATP @irRepair Line (Competitive Annalysis) | | | |
| O | Software Competitive Overview | | | |
| P | Aviation Maintenance Software Providers | | | |
| Q | Market Regulatory Competitors | | | |
| R | Jim Thomas / Tdata Profile | | | |
| S | Competitive Review Notes – Tdata, IApproach | | | |
| T | Tdata Mtrax Overview | | | |
| U | Competitor Product Comparisons | | | |
| V | A Comparative Usability Study of ATP Navigator | | | |
| W | New Sales Analysis | | | |
| X | Closed customer accounts | | | |
| Y | Competitive Analysis – HIS, Avantext, Tdata | | | |
| Z | Competitor Product Comparisons | | | |
| AA | Product Plan – IA Professional Library on CD-ROM | | | |
| BB | ATP Regulatory CD Product Analysis | | | |
| CC | Tdata Competitive Document | | | |
| DD | Regulatory Comparison | | | |
| EE | FFO Value Scoring | | | |
| FF | Regulatory Value Proposition | | | |
| GG | Survey Brief | | | |
| HH | Customer comments re: non-renewals | | | |
| II | Subscription Termination by Cancellation Period | | | |
| JJ | Renewal Cancellation Trend Reason Codes | | | |
| KK | ATP's Objections and Supplemental Responses to Tdata's 2nd Interrogs – provided 4/8/05 | | | |
| LL | 1999 Communications Plan | | | |
| MM | FAA Civil Aviation Regs & Civil Aeronautics Manuals | | | |
| NN | Regulatory Value Matrix | | | |
| OO | Tdata product pricing | | | |
| PP | IA Professional Library on CD-ROM Pricing Structure | | | |

| | | | | |
|------|-------------------------------------------------------------|--|--|--|
| QQ | Brochures, ads and marketing materials | | | |
| RR | Tdata daily AD updates | | | |
| SS | Tdata marketing materials | | | |
| TT | Tdata Advertisements | | | |
| TTa | Tdata 2000 Advertisements | | | |
| TTb | Tdata 2001 Advertisements | | | |
| TTc | Tdata 2002 Advertisements | | | |
| TTd | Tdata 2004 Advertisements | | | |
| TTe | Tdata 2005 Advertisements | | | |
| TTf | Tdata 2006 Advertisements | | | |
| TTg | Tdata 2007 Advertisements | | | |
| TTh | Tdata 2008 Advertisements | | | |
| TTi | Tdata TAP Database | | | |
| TTj | Advertising Expense documents | | | |
| UU | Tdata Direct Mailing | | | |
| VV | Direct Mailing Expenses | | | |
| WW | IApproach Users Manual – ver. 5.1 | | | |
| XX | IApproach Software Guide | | | |
| YY | IApproach Software Lesson | | | |
| ZZ | Trade show documents | | | |
| AAA | Trade Show attendance documents | | | |
| BBB | Access Database of Customer Information | | | |
| CCC | Database of Demonstration CD Recipients | | | |
| DDD | Tdata Customer Orders – Orders Database from 1999 – 2004 | | | |
| EEE | Tdata Access Sales Data | | | |
| FFF | Tdata Tax Returns | | | |
| GGG | Tdata Profit & Loss Statements | | | |
| HHH | Tdata Employers Reports of Wages / W2 forms | | | |
| Ill | Tdata Income Statements | | | |
| JJJ | Tdata Balance Sheets | | | |
| KKK | Tdata Profit Summaries | | | |
| LLL | Tdata Cost & Expense Summaries | | | |
| MMM | Tdata Accounting Records | | | |
| NNN | Expert Report of Albert Vondra | | | |
| OOO | Albert Vondra Work Product | | | |
| PPP | Resume/CV of Albert Vondra | | | |
| QQQ | Summary of potential economic impact related to trademark use | | | |
| RRR | Resume/CV of Laura Thieme | | | |
| SSS | Tdata Web page source code | | | |
| TTT | Tdata Sales database(s) | | | |
| UUU | Tdata Access Database(s) | | | |
| VVV | Tdata Order Database(s) | | | |
| WWW | Responses to ATP Req. for Production 5 | | | |
| XXX | Summaries or Compilations from Tdata Databases | | | |
| YYY | Summary of Sources of Referral of Customers to Tdata | | | |
| ZZZ | Tdata Web page source code | | | |
| AAAA | AD Content Enhancement | | | |
| BBBB | CD Regulatory Library Prices | | | |
| CCCC | CD Regulatory Library Total Sales | | | |

| DDDD | CD Regulatory Library Sales | | | |
|------|------------------------------|---|---|---|
| EEEE | Marketing & E-Commerce | | | |
| FFFF | Navigator brainstorming session | | | |
| GGGG | Marketing  E-Commerce | | | |
| HHHH | Incorporation of CARS  & CAMS Content into ATP Regulatory Libraries | | | |
| IIII | Product Plan – IA Professional Library on CD-ROM | | | |
| JJJJ | Notes from NBAA Sales Meeting Re: Tdata | | | |
| KKKK | Marketing & E-Commerce | | | |
| LLLL | ATP's Objections and Supplemental Responses to Tdata's 1st Interrogatories – provided 4/8/05 | | | |
|  | Demonstrative Exhibits as required to assist testimony by witnesses | | | |
|  | Any exhibit listed or used by ATP | | | |
|  | Any document exchanged during discovery | | | |
|  | | | | |