IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS,<br>A California Corporation,<br><br>. Plaintiff,<br><br>v.<br><br>TDATA, INC., an Ohio Corporation<br><br>Defendant.<br>_____<br><br>CONSOLIDATED WITH<br>_____<br><br>TDATA, INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIRCRAFT TECHNICAL PUBLISHERS,<br>A California Corporation,<br><br>Defendant.<br>_____ | Case No. 2:03-cv-0264<br>Case No. 2:04-cv-1072<br>Judge Gregory L. Frost<br>Magistrate Judge Terrence P. Kemp<br><br><br><br><br><br><br><br><br><br>**STIPULATED PROPOSED<br>ORDER FOR PERMANENT<br>INJUNCTION AND PARTIAL<br>DISMISSAL** |

The parties, through their respective counsel, hereby stipulate to the following as an Order of the Court:

1. This Court's Order of January 28, 2005 (Doc. 74 in Case No. 2:03-cv-264; Doc.58 in Case No. 2:04-cv-1072), incorporating the terms of the January 27, 2005

1

Stipulation and [Proposed] Order regarding Motion for Preliminary Injunction (Doc. No. 73 in Case No. 2:03-cv-264; Doc. No. 57 in Case No. 2-04-cv-1072), is hereby entered as a permanent injunction;

2. All claims with the exception of patent and patent-related claims are hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO STIPULATED.**

/s/ JACK RUSSO
Jack Russo (Calif. SBN 96068)
Tim Hale (Calif. SBN 114905)
William C.Milks III (Calif.SBN 114083)
401 Florence Street
Palo Alto, California 94301
(650) 327-9800
(Fax)(650) 327-3737
www.computerlaw.com
Attorneys for Plaintiff,
Aircraft Technical Publishers

**Co-Counsel:**
Jerry Alan Eichenberger, Esq.
Eichenberger & Associates, LPA
6099 Frantz Road
Dublin, OH 43017
(jeichenberger@ehlawyers.com)

/s/ ALAN B. PARKER
ROY A. HULME (0001090)
ALAN B. PARKER (0040008)
Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
(216) 687-1311
(Fax) (216) 687-1841
rhulme@reminger.com
aparker@reminger.com
Attorneys for Defendant, Tdata, Inc.

**IT IS SO ORDERED:**

Date:_____

_____
**United States District Court**
**Judge Gregory L. Frost**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Alan B. Parker*
One of the Attorneys for Tdata, Inc.