IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS, <br> A California Corporation, <br><br> . Plaintiff, <br><br> v. <br><br> TDATA, INC., an Ohio Corporation <br><br> Defendant. | Case No. 2:03-cv-0264 <br> Case No. 2:04-cv-1072 <br> Judge Gregory L. Frost <br> Magistrate Judge Terrence P. Kemp |
| CONSOLIDATED WITH <br><br> TDATA, INC., an Ohio Corporation, <br><br> Plaintiff, <br><br> v. <br><br> AIRCRAFT TECHNICAL PUBLISHERS, <br> A California Corporation, <br><br> Defendant. | **STIPULATED ORDER FOR PERMANENT INJUNCTION AND PARTIAL DISMISSAL** |

The parties, through their respective counsel, hereby stipulate to the following as an Order of the Court:

1. This Court's Order of January 28, 2005 (Doc. 74 in Case No. 2:03-cv-264; Doc.58 in Case No. 2:04-cv-1072), incorporating the terms of the January 27, 2005

1

Stipulation and [Proposed] Order regarding Motion for Preliminary Injunction (Doc. No. 73 in Case No. 2:03-cv-264; Doc. No. 57 in Case No. 2-04-cv-1072), is hereby entered as a permanent injunction;

2. All claims with the exception of patent and patent-related claims are hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO STIPULATED.**

/s/ JACK RUSSO
Jack Russo (Calif. SBN 96068)
Tim Hale (Calif. SBN 114905)
William C.Milks III (Calif.SBN 114083)
401 Florence Street
Palo Alto, California 94301
(650) 327-9800
(Fax)(650) 327-3737
www.computerlaw.com
Attorneys for Plaintiff,
Aircraft Technical Publishers

**Co-Counsel:**
Jerry Alan Eichenberger, Esq.
Eichenberger & Associates, LPA
6099 Frantz Road
Dublin, OH 43017
(jeichenberger@ehlawyers.com)

/s/ ALAN B. PARKER
ROY A. HULME (0001090)
ALAN B. PARKER (0040008)
Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
(216) 687-1311
(Fax) (216) 687-1841
rhulme@reminger.com
aparker@reminger.com
Attorneys for Defendant, Tdata, Inc.

**IT IS SO ORDERED:**

Date: July 1, 2008

United States District Court
**Judge Gregory L. Frost**