IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

| | |
|---|---|
| TDATA, INC., an Ohio corporation, | Case No. 2:03-cv-264-DLF-TPK |
| | (Consolidated with Case No. 2:04-cv-1072) |
| Plaintiff, | |
| | Judge Gregory L. Frost |
| v. | |
| | Magistrate Judge Terence P. Kemp |
| AIRCRAFT TECHNICAL PUBLISHERS, a California corporation, | |
| Defendant. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIM | |

### ENTRY

The Parties hereby stipulate to the dismissal of all suits, claims and actions, with prejudice, with each Party to bear its own costs. Notwithstanding the foregoing, the Court hereby reserves its jurisdiction for the enforcement of the Settlement Agreement by the parties as well as for the enforcement of any Protective Orders and other continuing Orders of this Court. It is so ORDERED.

 s/Gregory L. Frost
JUDGE GREGORY FROST


Dated: May __5__, 2010

  /s/ Jack Russo
Jack Russo (California State Bar No. 96068)
COMPUTERLAW GROUP LLP
401 Florence St.
Palo Alto, CA 94301
Tel.: (650) 327-9800
Fax: (650)-327-3737
jrusso@computerlaw.com

Attorneys for Defendant-Counterclaimant
AIRCRAFT TECHNICAL PUBLISHERS

1

Dated:  May __5__, 2010      _____/s/ D. Wesley Newhouse, II_____
D. Wesley Newhouse, II
NEWHOUSE, PROPHATER, LETCHER &
MOOTS
5025 Arlington Center Blvd., Suite 400
Columbus, OH 43220
Tel.: (614) 255-5441
Fax.: (614) 255-5446
wnewhouse@nplmlaw.com

Attorneys for Plaintiff-Counterdefendant,
TDATA, INC.

IT IS SO ORDERED:

Dated: _____      _s/Gregory L. Frost_____
Hon. Gregory L. Frost

```
                              /s/   Gregory L. Frost
```